AUSA: Susan Fairchild  Telephone: (313) 226-9577
AO 91 (Rev. 11/11)  Criminal Complaint  Officer: Jacquob Littlejohn  Telephone: (313) 810-0878

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
    v.
Jose Marco Antonio GARCIA-ARREGUIN,
a/k/a Jose GARCIA

Case: 2:26−mj−30057
Assigned To : Unassigned
Assign. Date : 2/4/2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 31, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Jacquob Littlejohn, Deportation Officer, ERO
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 4, 2026__

_Judge's signature_

City and state: __Detroit, MI__       Hon. Curtis Ivy, Jr., U.S. Magistrate Judge
_Printed name and title_

AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMNIAL COMPLAINT AND ARREST WARRANT

I, Jacquob A. Littlejohn, hereby declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security (DHS), having served with ICE as a Deportation Officer since September 21, 2025. I have served as a law enforcement officer since approximately December of 2018 holding certifications in the states of Michigan, Alabama and at the Federal level through a Special Law Enforcement Commission with the Bureau of Indian Affairs.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Jose Marco-Antonio GARCIA-ARREGUIN, an alien who was previously removed from the United States on or about September 25, 2010 at Brownsville, Texas, and was thereafter found in the United States on or about January 31, 2026, without the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission, all in violation of Title 8, United States Code, §1326(a)(1).

3. The facts set forth in this affidavit are based upon my personal knowledge, training and experience, information provided to me by other law enforcement officers to include ICE ERO Deportation Officers, and records checks of law enforcement databases. I have also reviewed records from the official immigration file and system automated data relating to Jose Marco-Antonio GARCIA-ARREGUIN.

4. The information set forth in this affidavit is for the limited purpose of establishing probable cause and does not necessarily include all the information known to law enforcement related to this investigation.

PROBABLE CAUSE

5. Jose Marco-Antonio GARCIA-ARREGUIN is a thirty-seven-year-old citizen and native of Mexico who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

6. On or about September 9, 2010, Immigration and Customs Enforcement Officers encountered GARCIA-ARREGUIN in Detroit, Michigan during a traffic stop when his vehicle appeared to match a target vehicle. When GARCIA-ARREGUIN was questioned, he had no identification and admitted to being in the United States illegally. ICE Officers processed GARCIA-ARREGUIN as a Stipulated Removal.

7. On or about September 16, 2010, an Immigration Judge in Detroit, Michigan ordered GARCIA-ARREGUIN removed to Mexico from the United States.

8. On or about September 25, 2010, ICE removed GARCIA-ARREGUIN to Mexico at Brownsville, Texas.

9. On or about September 3, 2013, the Auburn Hills, MI, Police Department arrested GARCIA-ARREGUIN for Driving Without a License and ticketed and released him.

10. On or about October 17, 2024, the Detroit Police Department arrested GARCIA-ARREGUIN for Assault Excluding Sexual/Domestic Violence, and a warrant was requested by the Wayne County Prosecutor's Office. On November 26, 2024, the 36th District Court deferred the case under the Domestic Violence Act and it is still pending.

11. On January 31, 2026, Immigration and Customs Enforcement Officers traveled to Livernois Road and Edsel Ford Fwy., Detroit, MI in search of a target of an approved enforcement action. At approximately 0820 hours, Officers observed a silver GMC truck with Michigan registration "GRETEL" depart the area. Electronic records checks of the vehicle registration returned as registered to an illegal alien previously removed from the United States. Officers followed and initiated a vehicle stop on the I-94 service drive near Mt. Elliott St. in Detroit, MI. Officers encountered Jose GARCIA-ARREGUIN (A# XXX XXX 576), as the driver. GARCIA-ARREGUIN stated he was a citizen of Mexico. Officers determined GARCIA-ARREGUIN was in violation of the Immigration and Nationality

2

Act, placed him under arrest and transported him to the ICE Detroit Field Office for processing.

12. The aforementioned detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

13. A review of immigration records (AXXX-XXX-576) for GARCIA-ARREGUIN and queries in the U.S. Department of Homeland Security databases revealed that no record exists of GARCIA-ARREGUIN obtaining consent from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal from the United States to Mexico on or about September 25, 2010.

## CONCLUSION

14. Based on the above information, there is probable cause to conclude that on or about January 31, 2026, within the Eastern District of Michigan, Jose GARCIA-ARREGUIN is an alien who, after having been removed from the United States On or about September 25, 2010 at Brownsville, Texas, was thereafter found in the United States without having obtained the express consent or permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission to the United States, in violation of Title 8, United States Code, §1326(a)(1).

_____
*Complainant's signature*

Jacquob Littlejohn, Deportation Officer, ERO
*Printed name and title*

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

_____
Honorable Curtis Ivy, Jr.
United States Magistrate Judge

4